# IN THE SUPREME COURT, STATE OF WYOMING

## 2016 WY 32

*October Term, A.D. 2015*

**March 9, 2016**

GREGORY DEAN MARTINEZ,

Appellant
(Defendant),

v.                                                                S-15-0269

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of conspiracy to deliver a controlled substance, methamphetamine.  Wyo. Stat. Ann. § 35-7-1031(a)(i) and § 35-7-1042.  The district court imposed a sentence of three to four years.  Appellant filed this appeal to challenge the district court's November 4, 2015, "Judgment and Sentence."

[¶2]   On January 12, 2016, Appellant's court-appointed appellate counsel e-filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  On January 14, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief."  This Court ordered that, on or before March 1, 2016, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal."  This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed.   It is, therefore,

[¶4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Gregory Dean Martinez, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]   **ORDERED** that the district court's November 4, 2015, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6]   **DATED** this 9th day of March, 2016.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**